## HUTCHINSON v. RYAN et al.

Where the findings support the judgment, and the record discloses no exceptions to the admission of testimony, or to any ruling of the Court, the judgment below will be affirmed.

APPEAL from the District Court of the Fourteenth Judicial District, County of Nevada.

*Francis J. Dunn* for Appellants.

*McConnell* for Respondents.

FIELD, J., at the April Term, 1858, delivered the opinion of the Court—TERRY, C. J., and BURNETT, J., concurring.

This action is upon a promissory note; the findings support the judgment; and the record discloses no exception to the admission of the testimony, or to any ruling of the Court.

Judgment affirmed, with ten per cent. damages.